[No. 66595-2-I.   Division One.   April 2, 2012.]

NOSWORTHY TELECOMMUNICATION DISTRIBUTOR, INC., ET AL.,
*Appellants*, v. SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-04544-7, Thomas J. Wynne, J., entered January 4, 2011. *Remanded with instructions* by unpublished opinion per Spearman, A.C.J., concurred in by Cox and Ellington, JJ.

[No. 66619-3-I.   Division One.   April 2, 2012.]

RICHARD STABBERT ET AL., *Appellants*, v. GLOBAL EXPLORER,
LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-18662-6, Gregory P. Canova, J., entered January 4, 2011. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Appelwick, J., concurred in by Cox and Lau, JJ.

[No. 67068-9-I.   Division One.   April 2, 2012.]

*In the Matter of the Petition of the City of Woodinville to Acquire by Condemnation Certain Real Property for Public Use.*

THE CITY OF WOODINVILLE, *Respondent*, v. HOLLYWOOD
VINEYARDS LIMITED PARTNERSHIP, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-09420-1, Richard D. Eadie, J., entered September 21, 2010. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Spearman, A.C.J., and Cox, J.